IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 20-112 |
| v. | ) | (26 U.S.C. § 5861(d)) |
| | ) | |
| RICHARD WATSON | ) | |

### INDICTMENT

### COUNT ONE

The grand jury charges:

On or about August 15, 2019, in the Western District of Pennsylvania, the defendant, RICHARD WATSON, did knowingly and unlawfully possess a firearm, as defined in Title 26, United States Code, Section 5845(a)(7), which was not registered to him in the National Firearms Registration and Transfer Record, specifically, ten silencers, as defined in Section 921 of Title 18, United States Code.

In violation of Title 26, United States Code, Section 5861(d).

FILED
JUN 03 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

1

## FORFEITURE ALLEGATION

1. The allegations contained in Count One of this Indictment are incorporated by reference as if fully set forth for the purpose of alleging criminal forfeiture pursuant to Title 26, United States Code, Section 5872(a), and Title 28, United States Code, Section 2461(c).

2. As part of the commission of the violation of Title 26, United States Code, Section 5861(d) charged in Count One of this Indictment, the firearms referenced in that count, that is, ten silencers as defined in Section 921 of Title 18, United States Code, which were involved in the knowing commission of that offense and which were seized on or about August 15, 2019, are subject to forfeiture pursuant to Title 26, United States Code, Section 5872(a).

A True Bill,

_____
Foreperson

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352